AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Chancelyn Walker, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br><br>Airo Marketing Inc. d/b/a Cost Guide<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 25-cv-3977<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Airo Marketing Inc. d/b/a Cost Guide
2380 GOLF DR.
WOODBURY, MN 55129–2300

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/08/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-3977

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MARYLAND

| | |
|---|---|
| **Chancelyn Walker, individually and on behalf of all others similarly situated, 3214 Chesley Avenue, Parkville, MD 21234** <br><br> *Plaintiff* <br><br> v. <br><br> **Airo Marketing Inc. d/b/a Cost Guide, 2380 3 Golf Drive, Saint Paul, MN, 55129 \|** <br><br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:25-cv-03977-MJM ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Ayotunde Oniyesan, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Airo Marketing Inc. d/b/a Cost Guide in Washington County, MN on December 18, 2025 at 12:15 pm at 2380 Golf Drive, Saint Paul, MN 55129 by leaving the following documents with Sean Conners, who as Owner is authorized by appointment or by law to receive service of process for Airo Marketing Inc. d/b/a Cost Guide.

COMPLAINT – CLASS ACTION
SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
Race: White, Sex: Male, Est. Age: 45-54, Hair: Blonde, Glasses: Y, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=44.9134155018,-92.892728839
Photograph: See Exhibit 1

Total Cost: $113.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in _____,
_____on _____.

Signature
Ayotunde Oniyesan
+1 (763) 327-8262
617 8th Ave nw , 417, New Brighton , MN 55112



Exhibit 1a)
12/18/2025 12:15 pm CST
2380 Golf Drive, Saint Paul, MN 55129
44.9134155, -92.8927288

