IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| CHANCELYN WALKER, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:25-cv-03977-MJM |
| AIRO MARKETING INC., d/b/a COST GUIDE, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION EXTENDING TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFFS' COMPLAINT**

The Parties to this action, by their respective undersigned counsel, hereby stipulate and agree that the time within which Defendant AIRO Marketing Inc. is to respond to the Plaintiffs' Complaint is extended up through and includes January 22, 2026.


RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ Ashley R. Simon | /s/ John McGowan |
| Michelle R Mitchell [ # 26703] | John McGowan |
| Ashley R. Simon [# 30393] | Managing Member |
| WHARTON LEVIN | Kinner & McGowan, PLLC |
| 104 West Street, P.O. Box 551 | 413 East Capital St. SE |
| Annapolis, MD 21404 | Washington, DC 20003 |
| Tel: (410) 263-5900 / Fax: (410) 280-2230 | (202) 846-7148 |
| mrm@whartonlevin.com | mkinner@kinnermcgowan.com |
| ars@whartonlevin.com | Attorney for Plaintiffs |
| Attorneys for Defendant | |


SO ORDERED.

_____
Matthew J. Maddox, Judge
United States District Court for the
District of Maryland

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8th, 2026, a true and correct copy of the foregoing was electronically served on all Counsel of record via the CM/ECF system.

                                                           /s/ Ashley R. Simon
                                                          Ashley R. Simon [# 30393]