IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| CHANCELYN WALKER, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:25-cv-03977-MJM |
| AIRO MARKETING INC., d/b/a COST GUIDE, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION EXTENDING TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFFS' COMPLAINT**

The Parties to this action, by their respective undersigned counsel, hereby stipulate and agree that the time within which Defendant AIRO Marketing Inc. is to respond to the Plaintiffs' Complaint is extended up through and includes January 22, 2026.

RESPECTFULLY SUBMITTED,

  */s/ Ashley R. Simon*  
Michelle R Mitchell [ # 26703]
Ashley R. Simon [# 30393]
WHARTON LEVIN
104 West Street, P.O. Box 551
Annapolis, MD 21404
Tel: (410) 263-5900 / Fax: (410) 280-2230
mrm@whartonlevin.com
ars@whartonlevin.com
Attorneys for Defendant

*/s/ John McGowan*  
John McGowan
Managing Member
Kinner & McGowan, PLLC
413 East Capital St. SE
Washington, DC 20003
(202) 846-7148
mkinner@kinnermcgowan.com
Attorney for Plaintiffs

SO ORDERED.

January 8, 2026

_____/S/_____
Matthew J. Maddox, Judge
United States District Court for the
District of Maryland

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8th, 2026, a true and correct copy of the foregoing was electronically served on all Counsel of record via the CM/ECF system.

                                                             */s/ Ashley R. Simon*  
                                                          Ashley R. Simon [# 30393]